UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. GATES,<br><br>    Plaintiff,<br><br>v.<br><br>TRENT ALLEN, et al.,<br><br>    Defendants. | Case No. 22-cv-05876-JD<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a state prisoner, filed a pro se civil rights complaint. Plaintiff's amended complaint was dismissed with leave to amend. Plaintiff did not file a second amended complaint but submitted a letter indicating that he seeks to voluntarily dismiss this case. Dkt. No. 16. Pursuant to Federal Rule of Civil Procedure 41(a)(1) the case is dismissed without prejudice and the clerk is requested to close the case.

**IT IS SO ORDERED.**

Dated: May 5, 2023

JAMES DONATO
United States District Judge